IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOSEPH D. NORTHUP,                    2:14-cv-01639-PK

    Petitioner,                       ORDER

v.

JERI TAYLOR,

    Respondent.

**BROWN, Judge.**

    Magistrate Judge Paul Papak issued Findings and Recommendation (#51) on August 8, 2016, in which he recommends the Court deny Petitioner Joseph C. Northrup's Petition (#2) for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254, dismiss this matter with prejudice, and deny a certificate of appealability. Petitioner filed timely Objections to the Findings and Recommendation. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

    When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make

1 - ORDER

a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1). *See also Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).

In his Objections Petitioner relies on the arguments contained in his Petition, Brief in Support of Petition, and Reply to Response to Petition. Petitioner, *pro se*, also filed a Supplemental Objections/Made in Affidavit Form (#56) in support of his Objections. This Court has carefully considered Petitioner's Objections and Supplemental Objections filed *pro se* and concludes they do not provide a basis to modify the Findings and Recommendation. The Court also has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Papak's Findings and Recommendation (#51) and, therefore, **DENIES** Petitioner's Petition (#2) for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254, **DISMISSES** this matter **with prejudice**, and **DENIES** a certificate of appealability on the basis that Petitioner has not made a

2 - ORDER

substantial showing of the denial of a constitutional right.  *See* 28 U.S.C. § 2253(c)(2).

    IT IS SO ORDERED.

    DATED this 23rd day of November, 2016.


                                     s/ Anna J. Brown
                                    ANNA J. BROWN
                                    United States District Judge

3 - ORDER